

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-10-2007

# USA v. Vitillo

Precedential or Non-Precedential: Precedential

Docket No. 05-4330

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Vitillo" (2007). *2007 Decisions*. Paper 506.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/506

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 05-4330/4331/4332

UNITED STATES OF AMERICA

v.

JOHN VITILLO, VITILLO CORPORATION and
VITILLO ENGINEERING, INC.

Appellants.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 03-cr-00555-1)
District Judge: Hon. R. Barclay Surrick

Argued December 11, 2006

Before: SMITH and ROTH, <u>Circuit Judges</u>,
*IRENAS, <u>District Judge</u>

(Opinion filed June 25, 2007)

---

*Honorable Joseph E. Irenas, United States District Judge for the District of New Jersey, sitting by designation.

**ROTH, <u>Circuit Judge</u>:**

## <u>ORDER AMENDING SLIP OPINION</u>

**IT IS ORDERED** that the published Opinion in the above case, filed on June 25, 2007, be amended as follows:

**On page 21 of the first full paragraph, delete the last sentence:**

"Counsel also informed us that it was not uncommon for prosecutors to accompany agents into the field and later serve as trial counsel, provided that the prosecutors waited in the car while the search warrants were being issued."

and **replace with:**

"Counsel also informed us that it was unusual, although not unheard of, for prosecutors to accompany agents into the field and later serve as trial counsel."

By the Court,

      /s/ Jane R. Roth
        Circuit Judge

Dated: August 10, 2007